**In re Byung Keun LIM.**

No. 2009–1136.

United States Court of Appeals,
Federal Circuit.

Jan. 21, 2009.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).

**Don A. MYNARD, Petitioner,**

v.

**OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.**

No. 2009–3041.

United States Court of Appeals,
Federal Circuit.

Jan. 22, 2009.

*ORDER*

Petitioner having filed the required Statement Concerning Discrimination,

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's December 31, 2008 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(2) Petitioner's brief is due on or before February 13, 2009.